IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr87

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| LARRY DUNLAP FRAZIER | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se requesting revocation of the detention order. (Doc. No. 83). The Court previously denied the defendant's repeated requests for bond following entry of his guilty plea. (Doc. No. 76: Order; Doc. No. 69, 70, 71: Letters).

The instant motion fails to address the statutory prohibition against releasing him on bond following his guilty plea to conspiracy to possess with intent to deliver at least 500 grams of cocaine. 18 U.S.C. § 3143(a)(2). Accordingly, the Court does not have authority to revoke the detention order.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 83) is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: June 26, 2007

_____
Robert J. Conrad, Jr.
Chief United States District Judge